IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 6:16-CR-00019-C-BQ-1 |
| | § | |
| | § | |
| | § | |
| CHRISTOPHER RAY CHAVEZ | § | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

**CHRISTOPHER RAY CHAVEZ,** by consent, under authority of United States v.

Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11,

and has entered a plea of guilty to the Indictment. After cautioning and examining

**CHRISTOPHER RAY CHAVEZ,** under oath concerning each of the subjects mentioned

in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the

offenses charged are supported by an independent basis in fact containing each of the

essential elements of such offense. I therefore recommend that the plea of guilty be

accepted and that **CHRISTOPHER RAY CHAVEZ,** be adjudged guilty and have

sentence imposed accordingly.

Date: September 12, 2016.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).